UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOREEN KREFETZ,

                              Plaintiff,

              -v-

CVS PHARMACY, INC.,

                              Defendant.

23 Civ. 5840 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court understands that the parties consent to conducting all further proceedings

before the magistrate judge assigned to this case.  Accordingly, the Court adjourns *sine die* the

initial pretrial conference scheduled for August 3, 2023, and directs that the parties file, no later

than August 7, 2023, a completed form consenting to the jurisdiction of the magistrate judge, for

the Court's approval.

              SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: August 2, 2023
      New York, New York

1